**ROBERTS & KEHAGIARAS LLP**
CAMERON W. ROBERTS, ESQ. (State Bar No. 176682)
cwr@tradeandcargo.com
THEODORE H. ADKINSON, ESQ. (State Bar No. 167350)
tha@tradeandcargo.com
1 World Trade Center, Suite 2350
Long Beach, CA 90831
Telephone: (310) 642-9800
Facsimile: (310) 868-2923

Attorneys for plaintiffs
DAVID PARKER and BIG BIRD HOLDINGS, LLC

## UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| DAVID PARKER and BIG BIRD HOLDINGS, LLC,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>ALEXANDER MARINE CO., LTD, OCEAN ALEXANDER MARINE CENTER, INC., OCEAN ALEXANDER SERVICES, L.L.C., and OCEAN ALEXANDER MARINE YACHT SALES, INC.<br><br>　　　　Defendant. | **Case No. SACV12-1994 DOC(ANx)**<br><br>**DECLARATION OF JAMES MCLAREN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:　　　June 2, 2014<br>Time:　　　8:30 a.m.<br>Courtroom: 9D<br>Judge:　　　Hon. David O. Carter<br><br>Date Filed: November 14, 2012 |

I, James McLaren, declare:

　　1.　I have personal knowledge of the facts contained herein and if called as a witness could testify competently thereto.

　　2.　I am a partial owner and employee of Orange Coast Yachts, Inc. ("Orange Coast Yachts")

　　3.　Orange Coast Yachts used to be an independent sales agent for Ocean Alexander yachts manufactured by Alexander Marine Co. Ltd.

1

4. On October 8, 2009, I received an e-mail from Johnny Cheuh terminating the independent sales agent status of Orange Coast Yachts. A true and correct copy of this e-mail is attached hereto as Exhibit A.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 11, 2014

James McLaren

Z:\Parker v. Alexandar Marine\OAMYS MSJ - OPPO - Decl of McLaren.doc

MCLAREN DECLARATION IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS

**EXHIBIT "A"**

## Jim McLaren

| | |
|---|---|
| From: | johnnychueh@hotmail.com |
| Sent: | Thursday, October 08, 2009 8:53 PM |
| To: | jimmclaren@sbcglobal.net |

TO: Tad Fujita and Jim McLaren – Orange Coast
DATE: Oct 9, 2009
RE: TERMINATION NOTICE

THIS NOTICE is to formally advise you that as our discussions on the subject of your sales representation has not resulted in the needed changes we desired, we are terminating your relationship with us as an independent sales agent. This termination is effective Oct 9, 2009.

You are notified that the limited license to use Ocean Alexander trademark in advertising materials and signage is hereby revoked. All use of the Manufacturer's trademark, name, logo and printed material, video, electronic, signage or other depictions must cease immediately. Alexander Marine will allow limited use of its protected trademark by Orange Coast in order to facilitate the sale of current Ocean Alexander Yachts in inventory.

All marketing materials and all trade mark items, provided at no charge by Alexander Marine, are to be returned immediately to Alexander Marine. This includes but is not limited to signage, boat models, printed material, video DVD.

Please direct all warranty items to tim@oceanalexander.com where Alexander Marine will be involved directly with the customer.

Thank you for the business you handled with Alexander Marine Co., Ltd., for Ocean Alexander boats. We are sorry it has not worked out between us and we wish you success in the future at your other endeavors.

Sincerely,
Johnny Chueh
President– Alexander Marine