**ROBERTS & KEHAGIARAS LLP**
CAMERON W. ROBERTS, ESQ. (State Bar No. 176682)
cwr@tradeandcargo.com
THEODORE H. ADKINSON, ESQ. (State Bar No. 167350)
tha@tradeandcargo.com
1 World Trade Center, Suite 2350
Long Beach, CA 90831
Telephone: (310) 642-9800
Facsimile: (310) 868-2923

Attorneys for plaintiffs
DAVID PARKER and BIG BIRD HOLDINGS, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| DAVID PARKER and BIG BIRD HOLDINGS, LLC,<br><br>             Plaintiffs,<br><br>      vs.<br><br>ALEXANDER MARINE CO., LTD, OCEAN ALEXANDER MARINE CENTER, INC., OCEAN ALEXANDER SERVICES, L.L.C., and OCEAN ALEXANDER MARINE YACHT SALES, INC.<br><br>             Defendant. | **Case No. SACV12-1994 DOC(ANx)**<br><br>**PLAINTIFFS' OBJECTIONS TO THE DECLARATIONS OF JOHNNY CHUEH AND HSIUNG WEI TSENG FILED IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:   June 2, 2014<br>Time:   8:30 a.m.<br>Place:  Courtroom 9D<br><br>Honorable David O. Carter |

Plaintiffs hereby object to the declarations of Johnny Cheuh and Hsiung Wei Tseng filed in support of defendant Ocean Alexander Marine Yacht Sales, Inc.'s motion for summary judgment as inadmissible based upon the failure of the declarants to attest that they signed the documents within the United States of America or to sign the declarations under

penalty of perjury under the laws of the United States. 28 U.S.C. § 1746.

Dated: May 12, 2014        **ROBERTS & KEHAGIARAS LLP**

By:   __/s/ Theodore H. Adkinson_____
Theodore H. Adkinson
Attorneys for plaintiffs
David Parker and Big Bird Holdings, LLC