RONALD G. ROSENBERG (Bar No. 108602)
ROSENBERG & KOFFMAN
2029 Century Park East, Suite 1700
Los Angeles, California 90067
Telephone: (310) 553-1400
Facsimile: (310) 553-1401

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| DAVID PARKER and BIG BIRD HOLDINGS, LLC,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br><br>ALEXANDER MARINE CO., LTD, OCEAN ALEXANDER MARINE CENTER, INC. , OCEAN ALEXANDER SERVICES, L. L. C., and OCEAN ALEXANDER MARINE YACHT SALES, INC.<br><br>　　　　　　Defendants. | **Case No. SACV12-1994 DOC(ANx)**<br><br>**REPLY TO PLAINTIFFS' SEPARATE STATEMENT OF UNDISPUTED FACTS**<br><br>Date:　　June 2, 2014<br>Time:　　8:30 a.m.<br>Courtroom: 9D |

　　　　Defendant, Ocean Alexander Marine Yacht Sales, Inc. ("OAMYS") submits this Reply to the Opposition to its Separate Statement in support of its Motion for Summary Judgment.

DEFENDANTS' MSJ　　　　　　　　　　-1-　　　**REPLY TO PLAINTIFFS' SEPARATE STATEMENT OF UNDISPUTED FACTS**

| **UNDISPUTED FACTS** | **SUPPORTING EVIDENCE** |
|---|---|
| 1. Ocean Alexander Marine Yacht Sales, Inc. ("OAMYS") did not sell Plaintiff the yacht, known as the Jelly Bean II ("Jelly Bean"), which is the subject of this lawsuit. | 1. Chueh Declaration ¶¶ 4 and 5. |
| 2. OAMYS purchases yachts manufactured by boat manufacturers and then resells them to the public. | 2. Chueh Declaration ¶¶ 3 and 6 |
| 3. OAMYS is an authorized dealer for Alexander Marine Co., Ltd. in Taiwan and for Tiara Yachts made in the United States. | 3. Chueh Declaration ¶6 |
| 4. OAMYS was not involved in the purchase, sale or maintenance of the Jelly Bean II. That yacht was sold by a California company known as Orange Coast Marine, Inc. in Newport Beach, California. | 4. Chueh Declaration ¶¶ 5 |
| 5. The United States dealers for | 5. Chueh Declaration ¶ 8 |

Alexander Marine Co., Ltd. act as conduits for the manufacturer with customers in the United States who have warranty claims. As a result, a boat owner will typically present their warranty claim to the U.S. entity from whom they bought the yacht. Alexander Marine is immediately notified of any claim and it unilaterally notifies the U.S. dealer if the claim is covered by the warranty. If there is a covered claim, then the U.S. entity obtains pricing for repairs and if the manufacturer agrees, then the repairs are made. In the event that the dealer advances the costs of the repair, then the manufacturer reimburses the dealer for those warranty repairs. This system is designed to provide the customer with the fastest and easiest method for having repairs made.

DEFENDANTS' MSJ -3- **REPLY TO PLAINTIFFS' SEPARATE STATEMENT OF UNDISPUTED FACTS**

| | |
|---|---|
| 6. OAMYS purchases yachts from Alexander Marine so that it can resell them in the United States. | 6. Chueh Declaration ¶ 3 |
| 7. There is no unity of interest and ownership between Alexander Marine Co., Ltd. and OAMYS to show that the separate entities do not in reality exist. | 7. Chueh Declaration ¶¶ 2, 6 – 8; Declaration of Tseng ¶¶ 3-8 |
| 8. Alexander Marine is an ongoing profitable company that still manufactures and sells yachts and timely pays its bills. | 8. Tseng Declaration ¶ 8 |
| **OPPOSING PARTIES' ADDITIONAL UNDISPUTED MATERIAL FACTS** | **SUPPORTING EVIDENCE IN SUPPORT OF ADDITIONAL UNDISPUTED FACTS** |
| 1. Ocean Alexander adopted the express warranty of Alexander Marine by undertaking direct responsibility for evaluating, authorizing and rejecting warranty claims. | 1. Disputed.  Declaration of Johnny Chueh ¶ 5. |
| 2. Ocean Alexander is a distributor of | 2. Disputed. Objection.  Irrelevant |

| | |
|---|---|
| the subject yacht through its importation of the yacht into California for sale. | because the uncontroverted evidence shows that OAMYS did not sell the subject yacht. Declaration of Chueh ¶¶ 3-4. |
| 3. Ocean Alexander knew the yacht would be used for ocean travel. | 3. Disputed. Objection. The testimony of Curry on page 61 addresses that he would expect the boat to be seaworthy. There is no evidence that they knew of the sale of the yacht or had anything to do with the sale of that yacht. See Declaration of Chueh ¶¶ 3-5. |
| 4. Ocean Alexander was involved in the design and construction of the yacht at issue in this litigation. | 4. Disputed. Objection; no evidence; mischaracterization by Plaintiffs' Memorandum. Declaration of Johnny Chueh, ¶¶ 3, 4, 6-8 in which he explains that the references in the emails are to the manufacturer. |

Dated:  May 19, 2014　　　　　　　　　　　ROSENBERG & KOFFMAN


　　　　　　　　　　　　　　　　　　　By:   /s/Ronald G. Rosenberg
　　　　　　　　　　　　　　　　　　　　　　Ronald G. Rosenberg
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants

DEFENDANTS' MSJ　　　　　　-5-　　　　**REPLY TO PLAINTIFFS' SEPARATE STATEMENT OF UNDISPUTED FACTS**