**ROBERTS & KEHAGIARAS LLP**
CAMERON W. ROBERTS, ESQ. (State Bar No. 176682)
cwr@tradeandcargo.com
THEODORE H. ADKINSON, ESQ. (State Bar No. 167350)
tha@tradeandcargo.com
1 World Trade Center, Suite 2350
Long Beach, CA 90831
Telephone: (310) 642-9800
Facsimile: (310) 868-2923

Attorneys for plaintiffs
DAVID PARKER and BIG BIRD HOLDINGS, LLC

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| DAVID PARKER and BIG BIRD HOLDINGS, LLC,<br><br>    Plaintiffs,<br><br>    vs.<br><br>ALEXANDER MARINE CO., LTD, OCEAN ALEXANDER MARINE CENTER, INC., OCEAN ALEXANDER SERVICES, L.L.C., and OCEAN ALEXANDER MARINE YACHT SALES, INC.<br><br>    Defendant. | **Case No. SACV12-1994 DOC(ANx)**<br><br>**PLAINTIFFS' OBJECTIONS TO THE SUPPLEMENTAL DECLARATIONS OF JOHNNY CHUEH AND HSIUNG WEI TSENG FILED IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:  June 2, 2014<br>Time:  8:30 a.m.<br>Place: Courtroom 9D<br><br>Honorable David O. Carter |

Plaintiffs hereby object to the supplemental declarations of Johnny Cheuh and Hsiung Wei Tseng filed in support of defendant Ocean Alexander Marine Yacht Sales, Inc.'s motion for summary judgment as follows:

    1.   The supplemental declarations attempt to introduce new evidence in support of defendant's motion without giving

1

Z:\Parker v. Alexandar Marine\OAMYS MSJ - OPPO - Objections to Supp Decls.doc

OBJECTIONS TO SUPPLEMENTAL DECLARATIONS FILED IN SUPPORT OF DEFENDANT'S MSJ

1 plaintiffs an opportunity to respond, and they are therefore
2 untimely.

3     2. Both declarations are vague and ambiguous by use of
4 the phrase "it signed" in the statement "I signed a Declaration
5 in this lawsuit on May 6, 2014 and I declare that it signed
6 under penalty of perjury under the laws of the United States
7 America and that the statements made therein are true and
8 correct."

9     3. The exhibits attached to the supplemental declaration
10 of Johnny Cheuh are illegible as filed.

11     4. Paragraphs 6, 7, 8 and 10 of the supplemental
12 declaration of Johnny Cheuh lack foundation and personal
13 knowledge regarding David Parker's purported actions, knowledge
14 and state of mind.

15     5. The supplemental declaration of Johnny Cheuh
16 demonstrates additional triable issues of fact by attempting to
17 contradict plaintiffs' evidence relating to the importation of
18 the subject yacht, the adoption of the subject yacht's
19 warranty, and defendants' alter ego status.

20

21 Dated: May 20, 2014     **ROBERTS & KEHAGIARAS LLP**

22

23     By: /s/ Theodore H. Adkinson_____
    Theodore H. Adkinson
24     Attorneys for plaintiffs
25     David Parker and Big Bird
    Holdings, LLC

26

27

28

2

ROBERTS & KEHAGIARAS LLP
www.tradeandcargo.com