UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No.    SA CR 12-1994-DOC(ANx)                           Date    October 6, 2014

Title    DAVID PARKER, ET AL -V- ALEXANDER MARINE CO. LTD., ET AL

Present: The Honorable    DAVID O. CARTER, United States District Judge

| Deborah Goltz | Debbie Gale | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
|  | Ronald Rosenberg |

Proceedings:    DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [27]

Counsel for Plaintiff failed to appear. The final order entered in this case will not be subject to reconsideration.

                                                                                      :    03
                                                    Initials of Clerk    djg