1  **ROBERTS & KEHAGIARAS LLP**
   CAMERON W. ROBERTS, ESQ. (State Bar No. 176682)
2  cwr@tradeandcargo.com
   THEODORE H. ADKINSON, ESQ. (State Bar No. 167350)
3  tha@tradeandcargo.com
   1 World Trade Center, Suite 2350
4  Long Beach, CA 90831
   Telephone: (310) 642-9800
5  Facsimile: (310) 868-2923

6  Attorneys for plaintiffs
   DAVID PARKER and BIG BIRD HOLDINGS, LLC
7

8  **UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

10

11 DAVID PARKER and BIG BIRD ) **Case No. SACV12-1994 DOC(ANx)**
   HOLDINGS, LLC,               )
12                              ) [PROPOSED] **JUDGMENT**
            Plaintiffs,         )
13                              ) Trial Date:      12/16/2014
        vs.                     )
14                              ) Complaint Filed: 11/14/2012
   ALEXANDER MARINE CO., LTD,   )
15 OCEAN ALEXANDER MARINE CENTER, ) Judge:    Hon. David O. Carter
   INC., OCEAN ALEXANDER SERVICES, )
16 L.L.C., and OCEAN ALEXANDER  )
   MARINE YACHT SALES, INC.     )
17                              )
            Defendant.          )
18 _____ )

19

20      After trial in this matter, the jury returned a general
21 verdict having been entered against defendants Alexander Marine
22 Co., Ltd., and Ocean Alexander Marine Yacht Sales, Inc., and in
23 favor of plaintiffs David Parker and Big Bird Holdings LLC in
24 the amount of $1,549,551.60 in damages and $2,375,000 in civil
25 penalties under the California Song-Beverly Act.
26      Accordingly, judgment is hereby entered against defendants
27 Ocean Alexander Marine Yacht Sales, Inc. and Alexander Marine
28 Co., Ltd., jointly and severally, as follows:

1

| | |
|---|---:|
| Damages: | $1,549,551.60 |
| Prejudgment interest (based upon two years at the prevailing interest rate in December, 2014, pursuant to 28 U.S.C. §1961 at .21%): | $6,508.11 |
| Civil Penalty: | $2,375,000.00 |
| | _____ |
| Total Judgment: | $3,931,059.71 |

IT IS SO ORDERED.

DATED:   __February 2_____, 2015

_____
Hon. David O. Carter
U.S. District Judge

Z:\Parker v. Alexandar Marine\Proposed Judgment.doc      ~~PROPOSED~~ JUDGMENT