# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. 8:12-cv-01994-DOC-JCGx                                        Date: August 16, 2024

Title: David Parker et al. v. Alexander Marine Co. Ltd et al

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Deborah Lewman For Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**    **ORDER TO SHOW CAUSE AS TO WHY AMENDED JUDGMENT SHOULD NOT ISSUE**

The Court is in receipt of Plaintiff's Ex Parte Application to Substitute Plaintiff Jonathan David Parker for Plaintiff David Parker (dkt. 217), on account of the latter's death. Defendant is hereby **ORDERED TO SHOW CAUSE** why the Court should not substitute Jonathan Parker as plaintiff and issue the proposed third amended judgment.

Defendant's response is due August 29, 2024. Failure to respond to this OSC may be deemed consent to Plaintiff's ex parte application.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                                         Initials of Deputy Clerk: djl

CIVIL-GEN