EJ-190

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, address, and State Bar number):*<br>After recording, return to:<br>D. Jason Davis (SBN 193225)<br>Davis Law Office<br>222 W. 6th St., Suite 400<br>San Pedro, CA 90731<br>TEL NO.: (424) 256-6279   FAX NO. (optional):<br>EMAIL ADDRESS: jason@davislo.com<br>[X] ATTORNEY FOR   [X] ORIGINAL JUDGMENT CREDITOR   [X] ASSIGNEE OF RECORD | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
STREET ADDRESS: 411 West 4th Street, Room 1053
MAILING ADDRESS:
CITY AND ZIP CODE: Santa Ana, CA 92701-4516
BRANCH NAME: Central District of CA - Southern Division

FOR RECORDER'S USE ONLY

PLAINTIFF/PETITIONER: David Parker and Big Bird Holdings, LLC
DEFENDANT/RESPONDENT: Alexander Marine Co., Ltd.

CASE NUMBER: 8:12-cv-01994-DOC-JCG

## APPLICATION FOR AND RENEWAL OF JUDGMENT

FOR COURT USE ONLY

[X] Original judgment creditor
[X] Assignee of record
    applies for renewal of the judgment as follows:

1. **Applicant** *(name and address):*
   Big Bird Holdings, LLC and Jonathan David Parker
   1605 Via Montemar
   Palos Verdes Estates, CA 90274
   [ ] Additional judgment creditors listed in Attachment 1.

2. **Judgment debtor** *(name and last known address):*
   Alexander Marine Co., Ltd.
   806 No. 1, Jin Fu Road
   Qian-Zhen District, Kaohsiung 806, Taiwan
   [ ] Additional judgment debtors listed in Attachment 2.

3. **Original judgment**
   a. Case number *(specify):* 8:12-cv-01994-DOC-JCG
   b. Entered on *(date):* February 2, 2015
   c. Recorded: Date:    County:    Instrument No.:
      [ ] This judgment has been recorded in additional counties, listed in Attachment 3.

4. [ ] Judgment previously renewed *(specify each case number and date):*

5. [X] **Renewal of money judgment**
   a. Total judgment *(as entered or last renewed)* . . . . . . $ 4,204,593.96
   b. Costs after judgment *(CCP 685.090)* . . . . . . . . . . . $ 0.00
   c. Subtotal *(add a and b)* . . . . . . . . . . . . . . . . . . . . . $ 4,204,593.96
   d. Credits to principal *(after credit to interest)* . . . . . . $ 0.00
   e. Subtotal *(subtract d from c)* . . . . . . . . . . . . . . . . . $ 4,204,593.96
   f. Accrued interest remaining due per CCP 695.210(b) $ 73,650.36
   g. Fee for filing renewal application . . . . . . . . . . . . . . $ 0.00
   h. **Total renewed judgment** *(add e, f, and g)* . . . . . . $ **4,278,244.32**
   i. [ ] The amounts called for in a–h are different for each debtor. These amounts are stated for each debtor on Attachment 5.

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
EJ-190 [Rev. January 1, 2024]

**APPLICATION FOR AND RENEWAL OF JUDGMENT**

Code of Civil Procedure, § 683.110 et seq.
www.courts.ca.gov

EJ-190

| SHORT TITLE: David Parker v. Alexander Marine Co., Ltd. | CASE NUMBER: 8:12-cv-01994-DOC-JCG |
|---|---|

5. j. The money judgment (*check all that apply*)

    (1) ☐ has a principal amount remaining unsatisfied of under $50,000 and is for a claim related to personal debt.

    (2) ☐ has a principal amount remaining unsatisfied of under $200,000 and is for a claim related to medical expenses.

    (3) ☐ relates to any other claims, including claims for personal debt or medical expenses that do not otherwise fit within (1) or (2).

> Note: A judgment against a natural person may be renewed only once, for five years from the date an application is filed, if the unsatisfied principal amount at the time of renewal is below $50,000 for personal debt claims or $200,000 for medical expense claims. This exception does not apply to debts incurred due to, or obtained by, tortious or fraudulent conduct, or judgments for unpaid wages, damages, or penalties owed to an employee. (Code Civ. Proc., §§ 683.110–683.120.)

6. ☐ Renewal of judgment for ☐ possession.
                              ☐ sale.

    a. ☐ If judgment was not previously renewed, terms of judgment as entered:

    b. ☐ If judgment was previously renewed, terms of judgment as last renewed:

    c. ☐ Terms of judgment remaining unsatisfied:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: October 24, 2024

D. Jason Davis
(TYPE OR PRINT NAME)

▶ *D. Jason Davis*
(SIGNATURE OF DECLARANT)

EJ-190 [Rev. January 1, 2024]     **APPLICATION FOR AND RENEWAL OF JUDGMENT**     Page 2 of 2

## **CERTIFICATE OF SERVICE**

    Pursuant to Local Rule, I, the filer of this document, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing. I certify that on October 24, 2024, I electronically filed the foregoing APPLICATION FOR AND RENEWAL OF JUDGMENT with the Clerk of the Court for the United States District Court, Central District of California, by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Dated: October 24, 2024　　　　　DAVIS LAW OFFICE

　　　　　　　　　　　　　　　　By:   */s/ D. Jason Davis*
　　　　　　　　　　　　　　　　　　  D. Jason Davis, Esq.
　　　　　　　　　　　　　　　　Attorneys for Plaintiffs and Judgment Creditors Big Bird Holdings, LLC and Jonathan David Parker