EJ-195

| ATTORNEY OR PARTY WITHOUT ATTORNEY | STATE BAR NUMBER: 193225 | FOR COURT USE ONLY |
|---|---|---|
| NAME: D. Jason Davis | | |
| FIRM NAME: DAVIS LAW OFFICE | | |
| STREET ADDRESS: 222 W. 6th St., Suite 400 | | |
| CITY: San Pedro    STATE: CA    ZIP CODE: 90731 | | |
| TELEPHONE NO.: (424) 256-6279    FAX NO.: | | |
| EMAIL ADDRESS: jason@davislo.com | | |
| ATTORNEY FOR (name): Judgment Creditors Big Bird Holdings, LLC and Jonathan David Parker | | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
STREET ADDRESS: 411 West 4th Street, Room 1053
MAILING ADDRESS:
CITY AND ZIP CODE: Santa Ana, CA 92701
BRANCH NAME: Central District of CA - Southern Division

PLAINTIFF/PETITIONER: David Parker and Big Bird Holdings, LLC
DEFENDANT/RESPONDENT: Alexander Marine Co., Ltd.

| NOTICE OF RENEWAL OF JUDGMENT | CASE NUMBER: 8:12-cv-01994-DOC-JCG |
|---|---|

TO JUDGMENT DEBTOR (name): Alexander Marine Co., Ltd.

1. **This renewal extends** the period of enforceability of the judgment until
   a. [x] 10 years from the date the application for renewal was filed.
   b. [ ] 5 years from the date the application for renewal was filed.

   (The judgment creditor should check 1b if the judgment is a money judgment; is not based on tortious or fraudulent conduct or for unpaid wages, damages, or penalties owed to an employee; and, as of the date of the application of renewal, the judgment:
   - has an unsatisfied principal amount under $50,000 and relates to a claim for personal debt; or
   - has an unsatisfied principal amount under $200,000 and relates to a claim for medical expenses.)

   (Code Civ. Proc., §§ 683.110–683.120.)

2. **If you object** to this renewal, you may make a motion to vacate or modify the renewal with the court.

3. You must make this motion within **60 days** after service of this notice on you.

4. A copy of the *Application for and Renewal of Judgment* is attached (*Cal. Rules of Court, rule 3.1900*).

Date: October 24, 2024

D. Jason Davis
(TYPE OR PRINT NAME)

*D. Jason Davis*
(SIGNATURE OF JUDGMENT CREDITOR OR ATTORNEY)

See Code of Civil Procedure section 683.160 for information on method of service

Page 1 of 1
Form Adopted for Mandatory Use
Judicial Council of California
EJ-195 [Rev. January 1, 2024]
NOTICE OF RENEWAL OF JUDGMENT
Code of Civil Procedure, § 683.160
www.courts.ca.gov

## **CERTIFICATE OF SERVICE**

    Pursuant to Local Rule, I, the filer of this document, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing. I certify that on October 24, 2024, I electronically filed the foregoing NOTICE OF RENEWAL OF JUDGMENT with the Clerk of the Court for the United States District Court, Central District of California, by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Dated: October 24, 2024        DAVIS LAW OFFICE

By:   */s/ D. Jason Davis*
      D. Jason Davis, Esq.
Attorneys for Plaintiffs and Judgment Creditors Big Bird Holdings, LLC and Jonathan David Parker