```
DAVIS LAW OFFICE
D. Jason Davis (SBN 193225)
222 W. 6th Street, Suite 400
San Pedro, CA 90731
Phone: (424) 256-6279
Email: jason@davislo.com
```

Attorneys For Plaintiffs and Judgment Creditors
Big Bird Holdings, LLC and Jonathan David Parker

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| DAVID PARKER and BIG BIRD HOLDINGS, LLC,<br><br>            Plaintiffs,<br>vs.<br><br>ALEXANDER MARINE CO., LTD.,<br><br>            Defendant. | CASE NO.:  8:12-cv-01994-DOC-JCG<br><br>**[PROPOSED] ORDER RENEWING JUDGMENT** |

On February 2, 2015, judgment was entered in favor of Plaintiffs David Parker and Big Bird Holdings, LLC and against Defendant Alexander Marine Co., Ltd. in the amount of $3,931,059.71. On March 21, 2019, the judgment was amended to include prejudgment interest in the amount of $6,508.11, and attorneys' fees in the amount of $273,534.25. The total amount of the judgment entered on March 21, 2019 was $4,204,593.96. On September 3, 2024, the judgment was amended to substitute Jonathan David Parker as the successor-in-interest of David Parker as a result of the death of David Parker. Big Bird Holdings, LLC and Jonathan David Parker, by their attorneys, Davis Law Ofice, have applied to renew the judgment in this matter pursuant to F.R.Civ.P. 69(a) and California Code of Civil Procedure §§ 683.110 through 683.320.

The Court will order renewal of the judgment in this matter in the initial amount plus accrued interest and post-judgment expenses, calculated as follows:

| | | |
|---|---|---|
| a. | Total judgment (as entered or last renewed) | $4,204,593.96 |
| b. | Costs after judgment (CCP 685.090) | $0.00 |
| c. | Subtotal (add a and b) | $4,204,593.96 |
| d. | Credits to principal (after credit to interest) | $0.00 |
| e. | Subtotal (subtract d from c) | $4,204,593.96 |
| f. | Accrued interest remaining due per CCP 695.210(b) | $73,650.36 |
| g. | Fee for filing renewal application | $0.00 |
| h. | **Total renewed judgment (add e, f, and g)** | **$4,278,244.32** |

Accordingly, it is hereby ORDERED:

1. The judgment in this matter is renewed for a period of ten (10) years from the date of this order in the amount of 4,278,244.32.

2. The Clerk of Court shall enter in the docket a renewed judgment.

3. The Clerk of Court shall mail to Defendant Alexander Marine Co., Ltd., at its last known addresses, a copy of this order, the renewed judgment, and Notice of Renewal of Judgment in the form prepared by Plaintiffs. Both Defendants' last known address is No. 1 Jin Fu Road, Qian-Zhen District, Kaohsiung, Taiwan 806.

IT IS SO ORDERED.

Dated: _____

By: _____
Honorable David O. Carter
UNITED STATES DISTRICT
COURT JUDGE

## **CERTIFICATE OF SERVICE**

Pursuant to Local Rule, I, the filer of this document, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing. I certify that on October 24, 2024, I electronically filed the foregoing [PROPOSED] ORDER RENEWING JUDGMENT with the Clerk of the Court for the United States District Court, Central District of California, by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Dated: October 24, 2024                DAVIS LAW OFFICE

                                       By: __/s/ D. Jason Davis__
                                              D. Jason Davis, Esq.
                                       Attorneys for Plaintiffs and Judgment
                                       Creditors Big Bird Holdings, LLC and
                                       Jonathan David Parker