DAVIS LAW OFFICE
D. Jason Davis (SBN 193225)
222 W. 6th Street, Suite 400
San Pedro, CA 90731
Phone: (424) 256-6279
Email: jason@davislo.com

Attorneys For Plaintiffs and Judgment Creditors
Big Bird Holdings, LLC and Jonathan David Parker

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| DAVID PARKER and BIG BIRD HOLDINGS, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>ALEXANDER MARINE CO., LTD.,<br><br>Defendant. | CASE NO.: 8:12-cv-01994-DOC-JCG<br><br>**ACKNOWLEDGEMENT OF ASSIGNMENT OF JUDGMENT PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE SECTION 673**<br><br>[Filed Concurrently with Declaration of Jonathan David Parker in Support of Acknowledgement of Assignment] |

TO THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that Plaintiff and Judgment Creditor Jonathan David Parker does hereby acknowledge assignment, by way of the Assignment and Acceptance Agreement between Jonathan David Parker and Big Bird Holdings, LLC, of all right, title and interest to the Judgment in favor of Big Bird Holdings, LLC against Defendant and Judgment Debtor Alexander Marine Co., Ltd. entered and filed in this matter on February 2, 2015 (Doc. 103), as amended on March 21, 2019 (Doc. 206 and 207) and September 3, 2024 (Doc. 221), plus any future modifications and renewals thereof. No renewals of the judgment have been

1 entered.

2     Big Bird Holdings, LLC, as Assignor, hereby acknowledges that it has

3 assigned all its right, title and interest in the above-referenced judgment to

4 Jonathan David Parker, as Assignee.

5     The name of the Judgment Creditor in the above-entitled action is:

6 Big Bird Holdings, Inc
7 1605 Via Montemar
Palos Verdes Estates, CA 90274

8     The name and last known address of the Judgment Debtor in the above-

9 entitled action is:

10 Alexander Marine Co., Ltd.
11 No. 1 Jin Fu Road
Qian-Zhen District Kaohsiung, Taiwan 806

12     The name and address of the Assignee of this judgment is:

13
14 Jonathan David Parker
1605 Via Montemar
15 Palos Verdes Estates, CA 90274

16     The rights represented by this judgment that are assigned to the assignee,

17 Jonathan David Parker, are for a money judgment, including, the rights of the

18 assignor, Big Bird Holdings, LLC, to receive payments in satisfaction of the

19 judgment and all other rights under the judgment. This is an assignment of the full

20 amount of the judgment in the sum of $4,204,593.96 with accrued interest thereon

21 at the legal rate from and after the date of entry of this judgment.

22

23     I declare under penalty of perjury under the laws of the Unites States of

24 America that the foregoing is true and correct.

25

26 Dated: October 24, 2024

27                                       Jonathan David Parker
                                      Manager of Big Bird Holdings, LLC

28

ACKNOWLEDGEMENT OF ASSIGNMENT OF JUDGMENT
PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE SECTION 673

**CERTIFICATE OF SERVICE**

Pursuant to Local Rule, I, the filer of this document, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing. I certify that on October 24, 2024, I electronically filed the foregoing ACKNOWLEDGEMENT OF ASSIGNMENT OF JUDGMENT PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE SECTION 673 with the Clerk of the Court for the United States District Court, Central District of California, by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Dated: October 24, 2024

DAVIS LAW OFFICE
By: */s/ D. Jason Davis*
D. Jason Davis, Esq.
Attorneys for Plaintiffs and Judgment Creditors Big Bird Holdings, LLC and Jonathan David Parker