1  DAVIS LAW OFFICE
   D. Jason Davis (SBN 193225)
2  222 W. 6th Street, Suite 400
   San Pedro, CA 90731
3  Phone: (424) 256-6279
   Email: jason@davislo.com
4
5  Attorneys For Plaintiffs and Judgment Creditors,
   Big Bird Holdings, LLC and Jonathan David Parker

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

| | |
|---|---|
| DAVID PARKER and BIG BIRD HOLDINGS, LLC, a California corporation,<br><br>            Plaintiffs,<br>vs.<br><br>ALEXANDER MARINE CO., LTD.,<br><br>            Defendant. | CASE No.  8:12-cv-01994-DOC-JCG<br><br>**DECLARATION OF JONATHAN DAVID PARKER IN SUPPORT OF ACNKOWLEDGEMENT OF ASSIGNMENT OF JUDGMENT** |

---

**DECLARATION OF JONATHAN DAVID PARKER IN SUPPORT OF ACNKOWLEDGEMENT OF ASSIGNMENT OF JUDGMENT**

## DECLARATION OF JONATHAN DAVID PARKER

I, Jonathan David Parker, do declare as follows:

1. I am over the age of eighteen and the successor-in-interest to David Parker, who was a party to this action. I have personal knowledge of the facts set forth in this declaration and, if called upon to testify as a witness, I could and would competently testify as to those facts.

2. I am the sole manager of Plaintiff and Judgment Creditor Big Bird Holdings, LLC ("Big Bird"), as well as its agent for service of process. Attached hereto as Exhibit "A" is the most recent Statement of Information filed with the California Secretary of State evidencing that I am the manager and agent for service of process.

3. As the only manager of Big Bird, I have the express authority to execute the "Acknowledgement of Assignment of Judgment Pursuant to California Code of Civil Procedure Section 673."

4. I acknowledge that for good and valuable consideration, Big Bird has assigned all right, title and interest to the judgment that was entered in favor of Big Bird in the above-referenced action to Jonathan David Parker.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on October 23, 2024, at Palos Verdes Estates, California.

Jonathan David Parker

# EXHIBIT A

|  |  |
|---|---|
| **STATE OF CALIFORNIA**<br>*Office of the Secretary of State*<br>**STATEMENT OF INFORMATION**<br>**LIMITED LIABILITY COMPANY**<br>California Secretary of State<br>1500 11th Street<br>Sacramento, California 95814<br>(916) 653-3516 | **For Office Use Only**<br>**-FILED-**<br>File No.: BA20230400633<br>Date Filed: 3/8/2023 |

BA20230400633

B1572-1159 03/08/2023 4:29 PM Received by California Secretary of State

| Entity Details | |
|---|---|
| Limited Liability Company Name | BIG BIRD HOLDINGS, LLC |
| Entity No. | 200102310098 |
| Formed In | CALIFORNIA |

| Street Address of Principal Office of LLC | |
|---|---|
| Principal Address | 1605 VIA MONTEMAR<br>PALOS VERDES ESTATES, CA 90274 |

| Mailing Address of LLC | |
|---|---|
| Mailing Address | 1605 VIA MONTEMAR<br>PALOS VERDES ESTATES, CA 90274 |
| Attention | |

| Street Address of California Office of LLC | |
|---|---|
| Street Address of California Office | 1605 VIA MONTEMAR<br>PALOS VERDES ESTATES, CA 90274 |

| Manager(s) or Member(s) | |
|---|---|
| Manager or Member Name | Manager or Member Address |
| Jonathan David Parker | 1605 VIA MONTEMAR<br>PALOS VERDES ESTATES, CA 90274 |

| Agent for Service of Process | |
|---|---|
| Agent Name | JONATHAN DAVID PARKER |
| Agent Address | 1605 VIA MONTEMAR<br>PALOS VERDES ESTATES, CA 90274 |

| Type of Business | |
|---|---|
| Type of Business | ESTATE MANAGEMENT |

| Email Notifications | |
|---|---|
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |

| Chief Executive Officer (CEO) | |
|---|---|
| CEO Name | CEO Address |
| None Entered | |

Labor Judgment

No Manager or Member, as further defined by California Corporations Code section 17702.09(a)(8), has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal is pending, for the violation of any wage order or provision of the Labor Code.

B1572-1160 03/08/2023 4:29 PM Received by California Secretary of State

Electronic Signature

☒ By signing, I affirm under penalty of perjury that the information herein is true and correct and that I am authorized by California law to sign.

*Dane Wenthur*  *03/08/2023*

Signature   Date

# CERTIFICATE OF SERVICE

Pursuant to Local Rule, I, the filer of this document, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing. I certify that on October 24, 2024, I electronically filed the foregoing DECLARATION OF JONATHAN DAVID PARKER IN SUPPORT OF ACNKOWLEDGEMENT OF ASSIGNMENT OF JUDGMENT with the Clerk of the Court for the United States District Court, Central District of California, by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Dated: October 24, 2024

DAVIS LAW OFFICE

By: */s/ D. Jason Davis*
D. Jason Davis, Esq.
Attorneys for Plaintiffs and Judgment Creditors Big Bird Holdings, LLC and Jonathan David Parker

**DECLARATION OF JONATHAN DAVID PARKER IN SUPPORT OF ACNKOWLEDGEMENT OF ASSIGNMENT OF JUDGMENT**