# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN DAVID PARKER, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>ALEXANDER MARINE CO LTD, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>8:12–cv–01994–DOC–JCG<br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:  __10/24/2024__

Document No.:  __222__

Title of Document:  __Application For and Renewal of Judgment__

**ERROR(S) WITH DOCUMENT:**

The form used is a state court from. Please prepare the documents using pleading format.

(see sample case 2:99–cv–08747–FMC–MAN) document #45 and 46; The renewal should be by CLERK; You have entered by judge on the proposed order. There is no Notice of Renewal by CLERK included with the application.

Other:

Incorrect event selected. Correct Event is Application (for renewal of judgment)

**Note:** In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: _October 25, 2024_     By: _/s/ Trina DeBose  trina_debose@cacd.uscourts.gov_
                                    Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

G–112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G−112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS