DAVIS LAW OFFICE
D. Jason Davis (SBN 193225)
400 Continental Blvd., 6th Floor
El Segundo, CA 90265
Phone: (424) 256-6279
Email: jason@davislo.com

Attorneys Plaintiff and Judgment Creditor
Jonathan David Parker

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| DAVID PARKER and BIG BIRD HOLDINGS, LLC,<br><br>  Plaintiffs,<br>vs.<br>ALEXANDER MARINE CO., LTD.,<br><br>  Defendant. | CASE NO.: 8:12-cv-01994-DOC-JCG<br><br>**AMENDED APPLICATION FOR RENEWAL OF JUDGMENT BY CLERK**<br><br>[NO HEARING SCHEDULED] |

Application is hereby made by Plaintiff and Judgment Creditor Jonathan David Parker ("JUDGMENT CREDITOR") for renewal of the judgment entered on February 2, 2015 against Judgment Debtor ALEXANDER MARINE CO., LTD ("DEBTOR").

1. This Application is made on the grounds that DEBTOR has failed to satisfy the judgment entered and JUDGMENT CREDITOR seeks to extend the period of enforceability by renewing said judgment.

2. Judgment against DEBTOR was entered on February 2, 2015, in the total sum of $3,931,059.71. [Docket 103] On March 21, 2019, a Second Amended Judgment was entered to include prejudgment interest in the amount of $6,508.11, and attorneys' fees in the amount of $273,534.25 for a total judgment amount of $4,204,593.96 [Docket 207] ("JUDGMENT").

3. On September 3, 2024, the JUDGMENT was amended to substitute Plaintiff and Judgment Creditor Jonathan David Parker ("JUDGMENT CREDITOR") as the successor-in-interest of David Parker as a result of the death of David Parker. [Docket 221] On October 24, 2024, Plaintiff and Judgment Creditor Big Bird Holdings, LLC assigned all of its right, title and interest in the JUDGMENT to Jonathan David Parker. [Docket 223].

4. The last known address for DEBTORS is No. 1 Jin Fu Road, Qian-Zhen District Kaohsiung, Taiwan.

5. No judgment liens have been filed with the California Secretary of State or otherwise.

6. No abstracts of judgment have ever been recorded.

7. The JUDGMENT has never been renewed. On October 24, 2024, JUDGMENT CREDITOR filed an application for renewal of the JUDGMENT [Docket No. 222]. Although a NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT was filed on October 25, 2024 [Docket No. 224], which stated no further action was needed by JUDGMENT CREDITOR, the Court has never taken any action to grant or deny the application for renewal. As a result, JUDGMENT CREDITOR is amending his application to address the deficiencies previously cited.

///
///
///
///

8. IT IS HEREBY REQUESTED that the money judgment against DEBTOR be renewed in the amount of **$4,276,100.12** as follows:

|   |   |   |   |
|---|---|---|---|
| a. | Total JUDGMENT …………………………. | | $4,204,593.96 |
| b. | Costs after judgment ……………………….. | | $0.00 |
| c. | Interest after JDUGMENT computed from February 3, 2015 to February 2, 2025 (3,652 days) at 0.17% accruing at $19.58 per day…. | | $71,506.16 |
| d. | Less credits after JUDGMENT …………….. | | $0.00 |
| e. | **Total Renewed Judgment** | | **$4,276,100.12** |

Dated: February 3, 2025        DAVIS LAW OFFICE

By:   /s/ D. Jason Davis
         D. Jason Davis, Esq.
Attorneys for Plaintiff and Judgment
Creditor Jonathan David Parker

# **CERTIFICATE OF SERVICE**

I certify that on February 3, 2025, I electronically filed the foregoing AMENDED APPLICATION FOR RENEWAL OF JUDGMENT BY CLERK with the Clerk of the Court for the United States District Court, Central District of California, by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Dated: February 3, 2025

DAVIS LAW OFFICE

By:   */s/ D. Jason Davis*
     D. Jason Davis, Esq.
Attorneys for Plaintiff and Judgment Creditor Jonathan David Parker