DAVIS LAW OFFICE
D. Jason Davis (SBN 193225)
400 Continental Blvd., 6th Floor
El Segundo, CA 90265
Phone: (424) 256-6279
Email: jason@davislo.com

Attorneys Plaintiff and Judgment Creditor
Jonathan David Parker

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| DAVID PARKER and BIG BIRD HOLDINGS, LLC,<br><br>Plaintiffs,<br>vs.<br><br>ALEXANDER MARINE CO., LTD.,<br><br>Defendant. | CASE NO.: 8:12-cv-01994-DOC-JCG<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF AMENDED APPLICATION FOR RENEWAL OF JUDGMENT BY CLERK**<br><br>[NO HEARING SCHEDULED] |

Plaintiff and Judgment Creditor Jonathan David Parker ("JUDGMENT CREDITOR") submits the following Memorandum of Points and Authorities in Support of his Amended Application for Renewal of Judgment by Clerk:

## I.

## PRELIMINARY STATEMENT

This action was filed on November 14, 2012. [Docket No. 1] Judgment against Judgment Debtor ALEXANDER MARINE CO., LTD. ("DEBTOR") was entered on February 2, 2015, in the total sum of $3,931,059.71. [Docket 103] On March 21, 2019, a Second Amended Judgment was entered to include prejudgment interest in the amount of $6,508.11 and attorneys' fees in the amount of $273,534.25 for a total judgment amount of $4,204,593.96 [Docket 207] ("JUDGMENT").

On September 3, 2024, the judgment was amended to substitute Jonathan

David Parker as the successor-in-interest of David Parker as a result of the death of David Parker. [Docket 221] On October 24, 2024, Plaintiff and Judgment Creditor Big Bird Holdings, LLC assigned all of its right, title and interest in the JUDGMENT to Jonathan David Parker. [Docket 223]; [Declaration of D. Jason Davis in Support of Amended Application for Renewal of Judgment by Clerk ("Davis Decl.") at ¶¶ 3 - 6.] To date, the judgment has not been renewed. (Davis Decl., ¶ 7)

JUDGMENT CREDITOR therefore seeks to renew the Judgment for the total due, and to extend the enforceability period of the Judgment.

## II.

## RENEWAL OF JUDGMENT IS AUTHORIZED BY CALIFORNIA CODE OF CIVIL PROCEDURE AND IS APPLICABLE TO THIS ACTION BY FEDERAL RULES OF CIVIL PROCEDURE RULE 69

The procedure of the State of California has been followed for renewal of the Judgment in this action and is applicable to this action pursuant to Federal Rules of Civil Procedure Rule 69. Fed. Rule Civ. P. 69 requires a Court to follow the procedure of the State in which the District Court is located to enforce a judgment for the payment of money.

Fed. Rule Civ. P. Rule 69 states in pertinent part:

"The procedure on execution--and in proceedings supplementary to and in aid of judgment or execution--must accord with the procedure of the state where the court is located, but a federal statute governs to the extent it applies."

Fed. Rule Civ. P. Rule 69

In accordance with the California Code of Civil Procedure, a judgment is enforceable for 10 years after the date of entry of a money judgment. Cal. Civ. Proc. Code § 683.020. A creditor may renew a judgment and extend the period of enforceability for a period of ten (10) years from the date the application for renewal is filed. See, Cal. Civ. Proc. Code §§ 683.110 through 683.220.

Cal. Civ. Proc. Code § 683.120 provides:

(a)     The judgment creditor may renew a judgment by filing an application for renewal of the judgment with the court in which the judgment was entered.

(b)     Except as otherwise provided in this article, the filing of the application renews the judgment in the amount determined under section 683.150 and extends the period of enforceability of the judgment as renewed for a period of 10 years from the date the application is filed.

. . .

Cal. Civ. Proc. Code § 683.120

As shown by the Declaration of D. Jason Davis in Support of Amended Application for Renewal of Judgment by Clerk, filed herewith, the Judgment was entered by this Court on February 2, 2015, and amended on March 21, 2019 [Docket No. 207] and September 3, 2024 [Docket No. 221]. (Davis Decl., Exhibits 1-3)

## III.

## FRCP RULE 6 EXTENDS ANY DEADLINE THAT FALLS ON A WEEKEND OR HOLIDAY

JUDGMENT CREDITOR filed an Application For and Renewal of Judgment on October 24, 2024 [Docket No. 222]. To date, this Court has not acted on the Application filed on October 24, 2024. It was never stricken nor granted. (Davis Decl., ¶ 7)  As a result, JUDGMENT CREDITOR is filing an Amended Application for Renewal of Judgment to address the deficiencies noted in Notice to Filer of Deficiencies in Filed Document. [Docket No. 224]

Federal Rule of Civil Procedure Rule 6(a)(2)(C) provides: "if the period would end on a Saturday, Sunday, or legal holiday, the period continues to run until the same time on the next day that is not a Saturday, Sunday, or legal holiday."

The JUDGMENT was entered on February 2, 2015, and was valid for 10 years until February 2015. Cal. Civ. Proc. Code § 683.020. The deadline to apply

for renewal of the JUDGMENT was February 2, 2025. Because February 2, 2025 was a Sunday, the deadline to apply for renewal of the JUDGMENT is February 3, 2025, the next day that is not a Saturday, Sunday or holiday.

Therefore, this Application for Renewal of Judgment is timely and renewal of the Judgment is appropriate. Accordingly, JUDGMENT CREDITOR respectfully requests that the Judgment against DEBTOR be renewed as requested

Dated: February 3, 2025　　　　　　　DAVIS LAW OFFICE

By: /s/ D. Jason Davis
　　D. Jason Davis, Esq.
Attorneys for Plaintiff and Judgment Creditor Jonathan David Parker

# CERTIFICATE OF SERVICE

I certify that on February 3, 2025, I electronically filed the foregoing MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF AMENDED APPLICATION FOR RENEWAL OF JUDGMENT BY CLERK with the Clerk of the Court for the United States District Court, Central District of California, by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Dated: February 3, 2025        DAVIS LAW OFFICE

By:   */s/ D. Jason Davis*
    D. Jason Davis, Esq.
Attorneys for Plaintiff and Judgment Creditor Jonathan David Parker