DAVIS LAW OFFICE
D. Jason Davis (SBN 193225)
400 Continental Blvd., 6th Floor
El Segundo, CA 90245
Phone: (424) 256-6279
Email: jason@davislo.com

Attorneys Plaintiff and Judgment Creditor
Jonathan David Parker

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

| | |
|---|---|
| DAVID PARKER and BIG BIRD HOLDINGS, LLC,<br><br>　　　　Plaintiffs,<br>vs.<br>ALEXANDER MARINE CO., LTD.,<br><br>　　　　Defendant. | CASE NO.:  8:12-cv-01994-DOC-JCG<br><br>**DECLARATION OF D. JASON DAVIS IN SUPPORT OF AMENDED APPLICATION FOR RENEWAL OF JUDGMENT BY CLERK**<br><br>[NO HEARING SCHEDULED] |

**DECLARATION OF D. JASON DAVIS**

I,　　D. JASON DAVIS, declare:

1.　　[IDENTITY] I am an attorney with the law firm, Davis Law Office, attorneys of record for Plaintiff and Judgment Creditor Jonathan David Parker ("JUDGMENT CREDITOR"). I am duly licensed to practice before all the Courts of the State of California and admitted to practice before the United States District Court for the Central District of California.

2.　　The facts stated herein are within my personal knowledge and if called upon to testify I can truthfully and competently do so as to all matters herein contained.

3. [JUDGMENT ENTERED] On February 2, 2015, Judgment was entered against Judgment Debtor ALEXANDER MARINE CO., LTD. ("DEBTORS"), in

the total sum of $3,931,059.71. [Docket 103]. Attached hereto as Exhibit 1 is a true and correct copy of the judgment entered on February 2, 2015.

4. On March 21, 2019, a Second Amended Judgment was entered to include prejudgment interest in the amount of $6,508.11, and attorneys' fees in the amount of $273,534.25 for a total judgment amount of $4,204,593.96 [Docket 207] ("JUDGMENT"). Attached hereto as Exhibit 2 is a true and correct copy of the Second Amended Judgment.

5. On September 3, 2024, the judgment was amended to substitute Jonathan David Parker as the successor-in-interest of David Parker as a result of the death of David Parker. [Docket 221]. Attached hereto as Exhibit 3 is a true and correct copy of the Third Amended Judgment.

6. On October 24, 2024, Plaintiff and Judgment Creditor Big Bird Holdings, LLC assigned all of its right, title and interest in the JUDGMENT to Jonathan David Parker. [Docket 223]. Attached hereto as Exhibit 4 is a true and correct copy of the Assignment.

7. [APPLICATIONS FOR or ORDERS FOR RENEWAL OF JUDGMENT] To date, the JUDGMENT has not been renewed. On October 24, 2024, JUDGMENT CREDITOR filed an Application For and Renewal of Judgment on October 24, 2024 [Docket No. 222]. To date, this Court has not acted on that Application. It was never stricken nor granted. As a result, JUDGMENT CREDITOR is filing an Amended Application for Renewal of Judgment to address the deficiencies noted in Notice to Filer of Deficiencies in Filed Document. [Docket No. 224]

8. [NO JUDGMENT LIENS OR ABSTRACTS OF JUDGMENT] No judgment liens have been filed with the California Secretary of State or otherwise. No abstracts of judgment have ever been recorded.

9. [NO PAYMENTS] No payments have been made by DEBTOR toward the principal balance of the JUDGMENT.

11. [APPLICABLE INTEREST RATE] The interest rate, as of February 2, 2015, the date the Judgment was entered is 0.17% based upon "the rate equal to the weekly average 1-year constant maturity rate Treasury yield…for the calendar week preceding the date of the judgment" as provided for by 28 U.S.C. § 1961 and 40 U.S.C. § 3116. A copy of the interest rate table from the Federal Reserve Bank of Saint Louis's website confirming the 0.17% rate is attached hereto as Exhibit 5. The Second and Third Amended Judgments contain a typographical error that the post-judgment interest rate is 0.18%. Thus, the accrued interest is calculated with the lower rate of 0.17%.

12. [ACCRUED INTEREST] Interest accrues at the rate of $19.58 per day (.0017 x 4,204,593.96/365). Interest has been accruing on the JUDGMENT from February 3, 2015 to February 2, 2015, or 3,652 days. The total accrued interest as calculated from February 3, 2015, to February 2, 2025, is $71,506.16 ($19.58 x 3,652).

13. [TOTAL RENEWED JUDGMENT] DEBTOR has failed to pay the total amount of the JUDGMENT to JUDGMENT CREDITOR. As a result, the JUDGMENT CREDITOR requests that the money Judgment against DEBTOR be renewed for the sum of **$4,276,100.12** as follows:

| | | | |
|---|---|---|---:|
| | a. | Total JUDGMENT ………………………….  | $4,204,593.96 |
| | b. | Costs after judgment ……………………….. | $0.00 |
| | c. | Interest after JDUGMENT computed from February 3, 2015 to February 2, 2025 (3,652 days) at 0.17% accruing at $19.58 per day…. | $71,506.16 |
| | d. | Less credits after JUDGMENT …………….. | $0.00 |
| | e. | **Total Renewed Judgment** | **$4,276,100.12** |

///

///

///

14. [DEBTORS' ADDRESS] The last known address for JUDGMENT DEBTOR is No. 1 Jin Fu Road, Qian-Zhen District Kaohsiung, Taiwan.

Executed this 3RD day of February, 2025, at El Segundo, California.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

*D. Jason Davis*
D. Jason Davis

# **CERTIFICATE OF SERVICE**

     I certify that on February 3, 2025, I electronically filed the foregoing DECLARATION OF D. JASON DAVIS IN SUPPORT OF AMENDED APPLICATION FOR RENEWAL OF JUDGMENT BY CLERK with the Clerk of the Court for the United States District Court, Central District of California, by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Dated: February 3, 2025

DAVIS LAW OFFICE

By:   */s/ D. Jason Davis*
     D. Jason Davis, Esq.
Attorneys for Plaintiff and Judgment Creditor Jonathan David Parker