# EXHIBIT 1

| | |
|---|---|
| 1 | **ROBERTS & KEHAGIARAS LLP** |
|   | CAMERON W. ROBERTS, ESQ. (State Bar No. 176682) |
| 2 | cwr@tradeandcargo.com |
|   | THEODORE H. ADKINSON, ESQ. (State Bar No. 167350) |
| 3 | tha@tradeandcargo.com |
|   | 1 World Trade Center, Suite 2350 |
| 4 | Long Beach, CA 90831 |
|   | Telephone: (310) 642-9800 |
| 5 | Facsimile: (310) 868-2923 |

Attorneys for plaintiffs
DAVID PARKER and BIG BIRD HOLDINGS, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

| | |
|---|---|
| DAVID PARKER and BIG BIRD HOLDINGS, LLC, | **Case No. SACV12-1994 DOC(ANx)** |
| Plaintiffs, | [PROPOSED] JUDGMENT |
| vs. | Trial Date: 12/16/2014 |
| ALEXANDER MARINE CO., LTD, OCEAN ALEXANDER MARINE CENTER, INC., OCEAN ALEXANDER SERVICES, L.L.C., and OCEAN ALEXANDER MARINE YACHT SALES, INC. | Complaint Filed: 11/14/2012 |
| | Judge: Hon. David O. Carter |
| Defendant. | |

After trial in this matter, the jury returned a general verdict having been entered against defendants Alexander Marine Co., Ltd., and Ocean Alexander Marine Yacht Sales, Inc., and in favor of plaintiffs David Parker and Big Bird Holdings LLC in the amount of $1,549,551.60 in damages and $2,375,000 in civil penalties under the California Song-Beverly Act.

Accordingly, judgment is hereby entered against defendants Ocean Alexander Marine Yacht Sales, Inc. and Alexander Marine Co., Ltd., jointly and severally, as follows:

| | |
|---|---:|
| Damages: | $1,549,551.60 |
| Prejudgment interest (based upon two years at the prevailing interest rate in December, 2014, pursuant to 28 U.S.C. §1961 at .21%): | $6,508.11 |
| Civil Penalty: | $2,375,000.00 |
| | _____ |
| Total Judgment: | $3,931,059.71 |

IT IS SO ORDERED.

DATED: ____February 2____, 2015

_David O. Carter_
Hon. David O. Carter
U.S. District Judge

Z:\Parker v. Alexandar Marine\Proposed Judgment.doc                    PROPOSED JUDGMENT

ROBERTS & KEHAGIARAS LLP
www.tradeandcargo.com