# EXHIBIT 5

FRED will undergo scheduled maintenance on February 3 at 4 PM Central Time. Connection to some features may be unavailable. Thank you for your patience and we apologize for any inconvenience.



Releases > H.15 Selected Interest Rates > Release Tables > Selected Interest Rates Instruments, Yields in percent per annum

## Selected Interest Rates Instruments, Yields in percent per annum: Weekly



| Name | Period | Value | Preceding Period | Year Ago from Period |
|---|---|---|---|---|
| Federal funds (effective) | 2015-02-04 | 0.09 | 0.12 | 0.07 |
| Commercial Paper | | | | |
| Nonfinancial | | | | |
| 1-month | 2015-01-30 | 0.08 | 0.09 | 0.05 |
| 2-month | 2015-01-30 | 0.09 | 0.09 | 0.07 |

| Name | Period | Value | Percent Preceding Period | Year Ago from Period |
|---|---|---|---|---|
| 3-month | 2015-01-30 | 0.13 | 0.12 | 0.09 |
| Financial | | | | |
| 1-month | 2015-01-30 | 0.10 | 0.10 | 0.06 |
| 2-month | 2015-01-30 | 0.12 | 0.13 | 0.09 |
| 3-month | 2015-01-30 | 0.16 | 0.16 | 0.12 |
| Bank prime loan | 2015-02-04 | 3.25 | 3.25 | 3.25 |
| Discount window primary credit | 2015-02-04 | 0.75 | 0.75 | 0.75 |
| U.S. government securities | | | | |
| Treasury bills (secondary market) | | | | |
| 4-week | 2015-01-30 | 0.02 | 0.02 | 0.04 |
| 3-month | 2015-01-30 | 0.02 | 0.03 | 0.04 |
| 6-month | 2015-01-30 | 0.08 | 0.08 | 0.07 |
| 1-year | 2015-01-30 | 0.15 | 0.16 | 0.10 |
| Treasury constant maturities | | | | |
| Nominal | | | | |
| 1-month | 2015-01-30 | 0.02 | 0.02 | 0.04 |
| 3-month | 2015-01-30 | 0.02 | 0.03 | 0.04 |
| 6-month | 2015-01-30 | 0.08 | 0.08 | 0.07 |
| 1-year | 2015-01-30 | 0.17 | 0.17 | 0.11 |
| 2-year | 2015-01-30 | 0.51 | 0.53 | 0.36 |
| 3-year | 2015-01-30 | 0.84 | 0.87 | 0.73 |
| 5-year | 2015-01-30 | 1.28 | 1.35 | 1.55 |
| 7-year | 2015-01-30 | 1.57 | 1.65 | 2.19 |
| 10-year | 2015-01-30 | 1.77 | 1.85 | 2.73 |

| Name | Period | Value | Percent Preceding Period | Year Ago from Period |
|---|---|---|---|---|
| 20-year | 2015-01-30 | 2.10 | 2.17 | 3.39 |
| 30-year | 2015-01-30 | 2.33 | 2.42 | 3.65 |
| **Inflation indexed** | | | | |
| 5-year | 2015-01-30 | 0.01 | 0.16 | -0.17 |
| 7-year | 2015-01-30 | 0.11 | 0.22 | 0.38 |
| 10-year | 2015-01-30 | 0.14 | 0.25 | 0.58 |
| 20-year | 2015-01-30 | 0.40 | 0.49 | 1.11 |
| 30-year | 2015-01-30 | 0.59 | 0.66 | 1.37 |

Add to Data List   Add to Graph   Expand All   Collapse All

## NEED HELP?

Questions or Comments

FRED Help

## SUBSCRIBE TO THE FRED NEWSLETTER

Email   Subscribe

## FOLLOW US

Federal Reserve Bank of St. Louis, One Federal Reserve Bank Plaza, St. Louis, MO 63102

Legal   Privacy Notice & Policy