DAVIS LAW OFFICE
D. Jason Davis (SBN 193225)
400 Continental Blvd., 6th Floor
El Segundo, CA 90265
Phone: (424) 256-6279
Email: jason@davislo.com

Attorneys Plaintiff and Judgment Creditor
Jonathan David Parker

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| DAVID PARKER and BIG BIRD HOLDINGS, LLC,<br><br>            Plaintiffs,<br>vs.<br><br>ALEXANDER MARINE CO., LTD.,<br><br>            Defendant. | CASE NO.:  8:12-cv-01994-DOC-JCG<br><br>**NOTICE OF LODGING OF AMENDED APPLICATION FOR RENEWAL OF JUDGMENT BY CLERK**<br><br>[NO HEARING SCHEDULED] |

**PLEASE TAKE NOTICE THAT**, Plaintiff and Judgment Creditor Jonathan David Parker is lodging with this Court the Amended Application for Renewal of Judgment by Clerk.

Dated: February 3, 2025                DAVIS LAW OFFICE

By:    /s/ D. Jason Davis
        D. Jason Davis, Esq.
Attorneys for Plaintiff and Judgment
Creditor Jonathan David Parker

# <u>CERTIFICATE OF SERVICE</u>

I certify that on February 3, 2025, I electronically filed the foregoing NOTICE OF LODGING OF AMENDED APPLICATION FOR RENEWAL OF JUDGMENT BY CLERK with the Clerk of the Court for the United States District Court, Central District of California, by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Dated: February 3, 2025                    DAVIS LAW OFFICE

                                           By:    */s/ D. Jason Davis*
                                                D. Jason Davis, Esq.
                                                Attorneys for Plaintiff and Judgment
                                                Creditor Jonathan David Parker