DAVIS LAW OFFICE
D. Jason Davis (SBN 193225)
400 Continental Blvd., 6th Floor
El Segundo, CA 90265
Phone: (424) 256-6279
Email: jason@davislo.com

Attorneys Plaintiff and Judgment Creditor
Jonathan David Parker

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| DAVID PARKER and BIG BIRD HOLDINGS, LLC,<br><br>　　　　　Plaintiffs,<br>vs.<br>ALEXANDER MARINE CO., LTD.,<br><br>　　　　　Defendant. | CASE NO.: 8:12-cv-01994-DOC-JCG<br><br>**NOTICE OF CHANGE OF ADDRESS** |

**PLEASE TAKE NOTICE THAT** effective February 3, 2025, Davis Law Office, counsel of record for Plaintiff and Judgment Creditor Jonathan David Parker, has relocated to the following address: 400 Continental Blvd, 6th Floor, El Segundo, CA, 90245. The telephone number and email addresses remain the same. Please update your service lists and direct all future correspondence and documents to the new mailing address.

Dated: February 3, 2025

DAVIS LAW OFFICE

By: _/s/ D. Jason Davis_
D. Jason Davis, Esq.
Attorneys for Plaintiff and Judgment Creditor Jonathan David Parker

# CERTIFICATE OF SERVICE

I certify that on February 3, 2025, I electronically filed the foregoing NOTICE OF CHANGE OF ADDRESS with the Clerk of the Court for the United States District Court, Central District of California, by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Dated: February 3, 2025

DAVIS LAW OFFICE

By:  */s/ D. Jason Davis*
     D. Jason Davis, Esq.
Attorneys for Plaintiff and Judgment Creditor Jonathan David Parker