DAVIS LAW OFFICE
D. Jason Davis (SBN 193225)
400 Continental Blvd., 6th Floor
El Segundo, CA 90265
Phone: (424) 256-6279
Email: jason@davislo.com

Attorneys Plaintiff and Judgment Creditor
Jonathan David Parker

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| DAVID PARKER and BIG BIRD HOLDINGS, LLC,<br><br>    Plaintiffs,<br>vs.<br><br>ALEXANDER MARINE CO., LTD.,<br><br>    Defendant. | CASE NO.: 8:12-cv-01994-DOC-JCG<br><br>[~~PROPOSED~~] RENEWAL OF JUDGMENT BY CLERK<br><br>[NO HEARING SCHEDULED] |

On February 2, 2015, Judgment was entered in favor of Plaintiffs David Parker and Big Bird Holdings, LLC against Defendant and Judgment Debtor Alexander Marine Co., Ltd ("DEBTOR") in the sum of $3,931,059.71. [Docket 103] On March 21, 2019, a Second Amended Judgment was entered to include prejudgment interest in the amount of $6,508.11, and attorneys' fees in the amount of $273,534.25 for a total judgment amount of $4,204,593.96 [Docket 207] ("JUDGMENT").

On September 3, 2024, the judgment was amended to substitute Plaintiff and Judgment Creditor Jonathan David Parker ("JUDGMENT CREDITOR") as the successor-in-interest of David Parker as a result of the death of David Parker. [Docket 221] On October 24, 2024, Plaintiff and Judgment Creditor Big Bird Holdings, LLC assigned all of its right, title and interest in the JUDGMENT to

Jonathan David Parker. [Docket 223] No judgment liens have been filed with the California Secretary of State or otherwise. No abstracts of judgment have been recorded.

**NOW, upon application of the JUDGMENT CREDITOR:**

The money judgment against DEBTOR is renewed in the amount of **$4,276,100.12** as follows:

| | | | |
|---|---|---|---:|
| a. | Total JUDGMENT | ............................. | $4,204,593.96 |
| b. | Costs after judgment | ............................. | $0.00 |
| c. | Interest after JDUGMENT computed from February 3, 2015 to February 2, 2025 (3,652 days) at 0.17% accruing at $19.58 per day.... | | $71,506.16 |
| d. | Less credits after JUDGMENT | ................. | $0.00 |
| e. | **Total Renewed Judgment** | | **$4,276,100.12** |

DATED: February 3, 2025    
                           CLERK OF THE COURT

# CERTIFICATE OF SERVICE

I certify that on February 3, 2025, I electronically filed the foregoing [PROPOSED] RENEWAL OF JUDGMENT BY CLERK with the Clerk of the Court for the United States District Court, Central District of California, by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Dated: February 3, 2025

DAVIS LAW OFFICE

By:   /s/ D. Jason Davis
      D. Jason Davis, Esq.
Attorneys for Plaintiff and Judgment Creditor Jonathan David Parker