DAVIS LAW OFFICE
D. Jason Davis (SBN 193225)
400 Continental Blvd., 6th Floor
El Segundo, CA 90265
Phone: (424) 256-6279
Email: jason@davislo.com

Attorneys Plaintiff and Judgment Creditor
Big Bird Holdings, LLC and Jonathan David Parker

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| DAVID PARKER and BIG BIRD HOLDINGS, LLC, | CASE NO.: 8:12-cv-01994-DOC-JCG |
|---|---|
| Plaintiffs, | **NOTICE OF AMENDED APPLICATION FOR RENEWAL OF JUDGMENT BY CLERK** |
| vs. | |
| ALEXANDER MARINE CO., LTD., | [NO HEARING SCHEDULED] |
| Defendant. | |

TO JUDGMENT DEBTOR ALEXANDER MARINE CO. LTD:

    1.    Notice is hereby given that the Judgment entered on February 2, 2015, has been renewed.

    2.    **This renewal extends** the period of enforceability of the Judgment until ten (10) years from the date the Application for Renewal was filed.

    3.    **If you object to this renewal**, you may make a motion to vacate or modify the renewal with this Court.

    4.    You must make this motion within **thirty (30) days** after service of this notice on you.

5. A copy of the Fourth Application for Renewal of Judgment by Clerk is attached hereto (California Rules of Court, Rule 3.1900).

DATED: February 3, 2025

*TrinaDeBose*



CLERK OF THE COURT

# CERTIFICATE OF SERVICE

I certify that on February 3, 2025, I electronically filed the foregoing NOTICE OF AMENDED APPLICATION FOR RENEWAL OF JUDGMENT BY CLERK with the Clerk of the Court for the United States District Court, Central District of California, by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Dated: February 3, 2025

DAVIS LAW OFFICE

By:   /s/ D. Jason Davis
     D. Jason Davis, Esq.
Attorneys for Plaintiff and Judgment Creditor Jonathan David Parker