
# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| David Parker et al., **PLAINTIFF(S)** v. Alexander Marine Co. LTD. et al., **DEFENDANT(S)** | **CASE NUMBER** 8:12-cv-01994-DOC-JCG **NOTICE OF CLERICAL ERROR** |

You are hereby notified that due to a clerical error ☐ documents associated with the filing of the new action ☒ the following scanned document ☒ docket entry have/has been corrected as indicated below.

Title of scanned document: Notice of Amended Application for Renewal of Judgment

Filed date: February 3, 2025    Document Number(s): 231

☐ Incorrect case number _____ was assigned to this ☐ action ☐ document

☐ Case number has been corrected. The correct case number is _____

☐ Incorrect judge's initials were indicated on this ☐ action ☐ document. The correct judge's initials are: _____

☐ Incorrect magistrate judge's initials were indicated on this ☐ action ☐ document. The correct magistrate judge's initials are: _____.

☐ Case has been reassigned from ☐ Judge ☐ Magistrate Judge _____ to ☐ Judge ☐ Magistrate Judge _____. The initials of the new judge(s) are: _____

☐ Case was assigned to ☐ Western ☐ Southern ☐ Eastern division. The case has been reassigned to the ☐ Western ☐ Southern ☐ Eastern division. The former case number _____ has been changed to new case number _____.

☐ Case title is corrected from _____ to _____

☐ Document has been re-numbered as document number _____

☐ Incorrect ☐ Filed Date ☐ Date of Document ☐ Date ENTERED on CM/ECF was stamped on the document. The correct date is _____.

☐ Document is missing page number(s): _____

☐ To ensure proper routing of documents, all documents filed with the court must reflect the following case number and judge's initials: _____

☒ Other:  The notice was issued incorrectly.  Disregard document #231.

CLERK, U.S. DISTRICT COURT

Date: February 4, 2025    By: Trina DeBose
                              Deputy Clerk