1 | DAVIS LAW OFFICE
D. Jason Davis (SBN 193225)
400 Continental Blvd., 6th Floor
El Segundo, CA 90265
Phone: (424) 256-6279
Email: jason@davislo.com

**FOR OFFICE USE ONLY**

Attorneys Plaintiff and Judgment Creditor
Big Bird Holdings, LLC and Jonathan David Parker

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| DAVID PARKER and BIG BIRD HOLDINGS, LLC, | CASE NO.: 8:12-cv-01994-DOC-JCG |
|---|---|
| Plaintiffs, | **NOTICE OF AMENDED APPLICATION FOR RENEWAL OF JUDGMENT BY CLERK** |
| vs. | |
| ALEXANDER MARINE CO., LTD., | [NO HEARING SCHEDULED] |
| Defendant. | |

TO JUDGMENT DEBTOR ALEXANDER MARINE CO. LTD:

    1.    Notice is hereby given that the Judgment entered on February 2, 2015, has been renewed.

    2.    **This renewal extends** the period of enforceability of the Judgment until ten (10) years from the date the Application for Renewal was filed.

    3.    **If you object to this renewal**, you may make a motion to vacate or modify the renewal with this Court.

    4.    You must make this motion within **thirty (30) days** after service of this notice on you.

5. A copy of the Fourth Application for Renewal of Judgment by Clerk is attached hereto (California Rules of Court, Rule 3.1900).

DATED: February 4, 2025

_____
CLERK OF THE COURT