# **PROPOSED ORDER**

Iain A.W. Nasatir (CA Bar No. 148977)
Inasatir@pszjlaw.com
Jeffrey P. Nolan (CA Bar No. 158923)
jnolan@pszjlaw.com
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4003
Telephone: 310-277-6910
Facsimile:  310-201-0760

Attorneys for Defendant, Alexander Marine Co. Ltd.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION, SANTA ANA

| | |
|---|---|
| DAVID PARKER AND BIG BIRD HOLDINGS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDER MARINE CO. LTD.,<br><br>Defendant. | Case No. 8:12-01994-DOC-JSG<br><br>**[PROPOSED] ORDER GRANTING MOTION TO VACATE RENEWAL OF JUDGMENT BY CLERK ENTERED ON FEBRUARY 3, 2025**<br><br>**Hearing**:<br><br>Date:  April 14, 2025<br>Time:  8:30 a.m.<br>Court: 411 West 4th Steet<br>       Courtroom 10A<br>       Roybal Federal Building<br>       Santa Ana, CA  92701<br><br>Judge:  Honorable David O. Carter |

A hearing was held on April 14, 2025, at 8:30 a.m. in Courtroom 411 West 4th Street, Courtroom 10A, Santa Ana, California 92701 before the Honorable David O. Carter for the Court to consider and act upon the *Motion to Vacate Renewal of Judgment by Clerk Entered on February 3, 2025* (the "**Motion**") [Docket No. __], filed by defendant, Alexander Marine Co., Ltd. ("**Defendant**").  Appearances were as noted on the record.

Based upon the record, the pleadings filed in support of the Motion, oppositions, and replies thereto; the arguments of counsel at the hearing; the findings made by the Court on the record of the hearing; and good cause appearing therefor; and for the reasons stated by the Court on the record of the hearing,

**IT IS HEREBY ORDERED:**

1. The Motion is GRANTED for the reasons stated by the Court on the record at the hearing.

2. The Renewal of Judgment by Clerk Entered on February 3, 2025 is vacated.

3. The District Court shall retain exclusive jurisdiction to resolve any dispute arising from or relating to this Order.

IT IS SO ORDERED

Dated:

HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE