# CERTIFICATE OF COMPLIANCE

The undersigned, counsel of record for Defendant Alexander Marine Co., Ltd., certifies that this brief contains 1,586 word, which complies with the word limit of L.R. 11-6.1.

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Jeffrey P. Nolan*
Jeffrey P. Nolan
Attorney for Defendant Alexander Marine Co., Ltd.

# CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of March, 2025, I electronically filed the foregoing **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO VACATE RENEWAL OF JUDGMENT BY CLERK ENTERED ON FEBRUARY 3, 2025** with the Clerk of the Court using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I have also served by U.S. Mail and email plaintiff's counsel on the pleading.

DAVIS LAW OFFICE
D. Jason Davis (SBN 193225)
400 Continental Blvd., 6th Floor
El Segundo, CA 90265

Email: jason@davislo.com

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Jeffrey P. Nolan*
Jeffrey P. Nolan
Attorney for Defendant Alexander Marine Co., Ltd.